## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **ANDY DEWAYNE SMITH,** | **:** | |
| **Petitioner,** | **:** | |
| **vs.** | **:** | **CIVIL ACTION 08-00569-CG-B** |
| **KENNETH JONES, et al.,** | **:** | |
| **Respondents.** | **:** | |

## **JUDGMENT**

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE** and **ORDERED** this 30th day of December, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE